```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

 SIMON LEGER,

                      Plaintiff,              **MEMORANDUM & ORDER**
                                               20-CV-3820(EK)(RML)

            -against-


 NAVILA ASSET MANAGEMENT INC.,
 and MIZANUR RAHMAN,

                      Defendants.

---------------------------------------x
```

ERIC KOMITEE, United States District Judge:

　　　The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated February 6, 2023.  ECF No. 25.  Judge Levy recommends that I deny the defendants' motion to vacate the default judgment issued on March 8, 2022.  *See* ECF No. 15.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Levy's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Therefore,

the defendants' motion to vacate the default judgment is denied.

SO ORDERED.

        /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    March 3, 2023
           Brooklyn, New York